1  HEATHER E. WILLIAMS, #122664
Federal Defender
2  HANNAH R. LABAREE, #294338
Assistant Federal Defender
3  Designated Counsel for Service
801 I Street, 3rd Floor
4  Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
5
Attorney for Defendant
6  GUILLERMO HILARIO-DURAN

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          Case No. 2:16-cr-130 JAM
                                    )
11          Plaintiff,              )  STIPULATION AND [PROPOSED]
                                    )  ORDER TO VACATE STATUS
12      v.                          )  CONFERENCE AND SET FOR
                                    )  CHANGE OF PLEA
13  GUILLERMO HILARIO-DURAN,        )
                                    )  Date:  September 6, 2016
14          Defendants.             )  Time:  9:15 a.m.
                                    )  Judge: John A. Mendez
15                                  )

16
        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting
17
United States Attorney, through Katherine Lydon, Assistant United States
18
Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through
19
Assistant Federal Defender, Hannah R. Labaree, attorney for Guillermo Hilario-
20
Duran, hereby stipulate and agree to vacate the current status conference set for
21
September 6, 2016 at 9:15 a.m. and set a Change of Plea hearing on September 20,
22
2016 at 9:15 a.m.
23
        Speedy trial time shall be excluded until September 20, 2016 under 18
24
U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).
25

26

27

28

Stipulation [Proposed] Order To Set Change Of          -1-
Plea Hearing

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DATED:  September 1, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
GUILLERMO HILARIO-DURAN

DATED:  September 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Katherine Lydon*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation [Proposed] Order To Set Change Of
Plea Hearing

-2-

1

## **O R D E R**

2

3

     The Court, having received, read, and considered the stipulation of the

4

parties, and good cause appearing, adopts the stipulation in its entirety as its order.

5

The Court specifically finds that the failure to grant a continuance in this case

6

would deny defense counsel reasonable time necessary for effective preparation,

7

taking into account the exercise of due diligence.  The Court finds that the ends of

8

justice served by granting the continuance outweigh the best interests of the public

9

and defendant in a speedy trial.

10

     The Court orders the change of plea hearing set for September 20, 2016, at

11

9:15 a.m.  The Court orders the time from the date of the parties stipulation, up to

12

and including September 20, 2016, excluded from computation of time within

13

which the trial of this case must commence under the Speedy Trial Act, pursuant to

14

18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: September 1, 2016

15

16

                /s/ John A. Mendez_____
                HON. JOHN A. MENDEZ

17

                United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation [Proposed] Order To Set Change Of     -3-
Plea Hearing