HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710

Attorney for Defendant
GUILLERMO HILARIO-DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-130 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA |
| v. | |
| GUILLERMO HILARIO-DURAN, | Date: October 4, 2016<br>Time: 9:15 a.m.<br>Judge: John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for Guillermo Hilario-Duran, hereby stipulate and agree vacate the current Change of Plea set for October 4, 2016 at 9:15 a.m. and set it on October 25, 2016 at 9:15 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time to conduct further investigation.

Speedy trial time shall be excluded until October 21, 2016 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

Stipulation [Proposed] Order To Set Change Of Plea Hearing                    -1-

DATED: September 30, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
GUILLERMO HILARIO-DURAN

DATED: September 30, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Katherine Lydon*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the change of plea hearing set for October 25, 2016, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 25, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED:  September 30, 2016

/s/ John A. Mendez  
HON. JOHN A. MENDEZ  
United States District Court Judge