HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710

Attorney for Defendant
GUILLERMO HILARIO-DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-130 JAM |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA |
| v. | |
| GUILLERMO HILARIO-DURAN, | Date:   October 25, 2016<br>Time:  9:15 a.m.<br>Judge: John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for Guillermo Hilario-Duran, hereby stipulate and agree vacate the current Change of Plea set for October 25, 2016 at 9:15 a.m. and set it on November 15, 2016 at 9:15 a.m.

The reasons for the continuance are that the parties are working towards a negotiated resolution of this case, but additional time is needed to investigate the facts and conduct further legal research in connection with terms of that resolution.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the

Stipulation [Proposed] Order To Set Change Of Plea Hearing                           -1-

defendant in a speedy trial, because defense counsel needs additional time to conduct further investigation.

Speedy trial time shall be excluded until November 15, 2016 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

|  | Respectfully submitted, |
|---|---|
| DATED: October 20, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
|  | Attorney for Defendant<br>GUILLERMO HILARIO-DURAN |
| DATED: October 20, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|  | */s/ Katherine Lydon*<br>KATHERINE LYDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the October 25, 2016 change of plea hearing shall be continued until November 15, 2016, at 9:15 a.m.

DATED: October 20, 2016

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge